**People of the State of Illinois, Plaintiff-Appellee, v. Keith Robert Adell, Defendant-Appellant.**

**Gen. No. 50,385.**

First District, Second Division.
October 11, 1966.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Marshall A. Patner, Frederick F. Cohn and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Truman Larrey, Assistant State's Attorneys, of counsel), for appellee. Opinion by PRESIDING JUSTICE BRYANT. Not to be published in full.